UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANI DEPIANTI, HYUN KI KIM, KYU JIN ROH and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-Civ-10663 (MLW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant, Jan-Pro Franchising International, Inc.

("Company"), hereby makes the following disclosures:

Parent corporations: None
Publicly held corporations who own 10% or more of the Company's stock: None

Respectfully submitted,

JAN-PRO FRANCHISING INTERNATIONAL, INC.
By its attorneys,

/s/ Jeffrey M. Rosin
Jeffrey M. Rosin, BBO # 629216
jrosin@foley.com
Heather C. Krauss, BBO # 644457
hkrauss@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000

*Of Counsel:*
Ron Rosenwasser, Esq.
rrosenwasser@frglaw.com
Friedman, Rosenwasser and Goldbaum
5355 Town Center Road, Suite 801
Boca Raton, FL 33486

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey M. Rosin, hereby certify that on this 29th day of May, 2008, the above document filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing:

Shannon Liss-Riordan
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suit 500
Boston, MA 02108

/s/ Jeffrey M. Rosin
Jeffrey M. Rosin

BOST_670897.1