```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

GIOVANI DEPIANTI, ET AL.,       )
     Plaintiffs,                )
                                )
         v.                     )   C.A. No. 08-10663-MLW
                                )
                                )
JAN-PRO FRANCHISING             )
INTERNATIONAL, INC.             )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                      November 25, 2008

    For the reasons described in court on November 20, 2008, it is hereby ORDERED that:

    1. Defendant's Motion to Dismiss or Stay Plaintiffs' Complaint (Docket No. 4) is DENIED.

    2. Defendant's Motion for Leave to File a Reply Memorandum of Law in Further Support of Its Motion to Dismiss or Stay (Docket No. 10) is ALLOWED.

    3. Defendant's Motion for Sanctions (Docket No. 15) is DENIED.

    4. Defendant's Supplemental Motion to Dismiss Counts II and III of Plaintiffs' Complaint in Light of Preclusive Effect of Arbitrator's Ruling (Docket No. 17) is DENIED.

    5. The parties shall comply with the attached Scheduling Order.

                                            /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE