UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANI DEPIANTI, et al.  )<br>and all others similarly situated,  )<br>        Plaintiffs,  )<br>v.  )<br>JAN-PRO FRANCHISING  )<br>INTERNATIONAL, INC.,  )<br>        Defendant.  ) | Civil Action No. 08-Civ-10663 (MLW) |

## **DEFENDANT'S ASSENTED-TO MOTION TO IMPOUND DOCKET # 51**

With the assent of plaintiffs, defendant Jan-Pro Franchising International, Inc. ("JPI") hereby moves to impound Docket # 51 (Defendant's Partial Opposition to Plaintiffs' Motion for Protective Order), in that it may contain plaintiff Gloria Roman's social security number. Specifically, Exhibit A to Docket # 51 are forms Roman filled out, but she used different social security numbers for each form.  While this may mean that neither of the numbers on the forms is actually her social security number (and since Roman refused to answer questions about the forms at her deposition, that question still exists), in an abundance of caution, JPI moves to impound Docket #51.

An impoundment order issued in connection herewith may be lifted upon the conclusion of this action. During the post-impoundment period, the impounded material should be held by the clerk in a separate secured location or in such other convenient but confidential place until further order of this court.

WHEREFORE, for the reasons above, this motion should be granted and Docket #51 should be ordered impounded.

713040.1

        Respectfully Submitted,

        JAN-PRO FRANCHISING INTERNATIONAL, INC.,

        by and through its counsel,

        /s/ Jeffrey M. Rosin
        Jeffrey M. Rosin, BBO# 629216
        *jrosin@constangy.com*
        Christopher M. Pardo (*pro hac vice*)
        *cpardo@constangy.com*
        CONSTANGY, BROOKS & SMITH, LLP
        75 Arlington Street, Suite 500
        Boston, Massachusetts 02116
        Phone: 617.849.7880

Dated: June 8, 2009

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that, on this 8th day of June, 2009, this document was filed through the CM/ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing:

Shannon Liss-Riordan, Esq.
Harold Lichten, Esq.
Hillary Schwab, Esq.
Alexander Sugerman-Brozan, Esq.
LICHTEHN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02110

        /s/ Christopher M. Pardo
        Christopher M. Pardo