# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20th FLOOR

BOSTON, MASSACHUSETTS 02114

HAROLD L. LICHTEN†
SHANNON LISS-RIORDAN◊
LEAH M. BARRAULT
HILLARY SCHWAB◊

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM

IAN O. RUSSELL
BRANT A. CASAVANT
ALEX SUGERMAN-BROZAN
SARAH E. GETCHELL

†ALSO ADMITTED IN MAINE
◊ALSO ADMITTED IN NEW YORK

August 25, 2009

**VIA E-FILING**
The Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

      RE:    Depianti et al. v. Jan-Pro Franchising International, Inc.
                  No. 08-Civ-10663

Dear Chief Judge Wolf:

      I am writing to seek clarification of your procedural order in this case. My memory is that when we appeared before you in chambers at the scheduling conference, you ordered that the parties not file substantive motions until after we discuss with you at a later conference what motions were being contemplated. A status conference was then scheduled for September 30, 2009, at which time we understood we would be discussing with you what motions would be filed, and you would then set a schedule for those motions.

      The plaintiffs intend to file a motion for class certification and a motion for partial summary judgment. We understand that the defendant intends to file a summary judgment motion. The defendant has recently filed a motion requesting permission to file a summary judgment motion, and we received your order setting September 30, 2009, as a status/summary judgment conference. Given that the defendant's recent motion has not been granted, unless we hear from you otherwise, we will assume that we are to wait until after we meet with you at the September 30, 2009, conference before filing our motions.

      Thank you very much for your time and consideration.



LICHTEN & LISS-RIORDAN, P.C.

Sincerely,

*/s/ Shannon Liss-Riordan* (mH)

Shannon Liss-Riordan

cc:   Jeffrey Rosin, Esq.
      Hillary Schwab, Esq.