UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANI DEPIANTI, HYUN KI KIM, KYU JIN ROH, GERARDO VAZQUEZ, GLORIA ROMAN, JUAN AGUILAR, NICOLE RHODES, MATEO GARDUNO, CHIARA HARRIS, TODOR SINAPOV, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-Civ-10663 (MLW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF WITHDRAWAL OF DOCKET NO. 103 WITHOUT PREJUDICE</u>**

Defendant Jan-Pro Franchising International, Inc. ("JPI") hereby gives notice of withdrawal of Docket No. 103, which JPI will instead move to file as a supplemental submission.

The parties have each submitted supplemental authority to this Court since briefing on their respective summary judgment motions was complete (<u>see</u> DE-88, 93) and, as such, JPI believes its filing was consistent with those examples. Further, contrary to what plaintiff Giovanni Depianti ("Depianti") writes in his Motion to Strike Docket No. 103 (DE-104), JPI has submitted additional supplemental authority in its filing. (<u>See</u> DE-103 at 3-5, 8, 10-11, 13-17) Nonetheless, to avoid any controversy over Docket No. 103, JPI will withdraw it without prejudice and re-file it as motion to submit supplemental authority.

As JPI will set forth in its motion, this Court has done substantial work to focus the issues for the parties on Depianti's specific claims thus far, and JPI believes that its supplemental filing will further focus this Court on the most pertinent legal issues and the most pertinent facts, as well as direct this Court to pertinent supplemental authority responsive to the Court's specific inquiries.

1

Respectfully submitted,

JAN-PRO FRANCHISING INTERNATIONAL, INC.

/s/ Jeffrey M. Rosin_____
Jeffrey M. Rosin
 BBO# 629216
 *jrosin@constangy.com*
Christopher M. Pardo
 BBO# 674674
 *cpardo@constangy.com*
CONSTANGY, BROOKS & SMITH, LLP
535 Boylston Street, Suite 902
Boston, Massachusetts 02116
Phone: 617.849.7880

Dated: April 28, 2010

### **CERTIFICATE OF SERVICE**

I, Jeffrey M. Rosin, hereby certify that, on this 28th day of April, 2010, this document was filed through the CM/ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing:

Shannon Liss-Riordan, Esq.
Harold Lichten, Esq.
Hillary Schwab, Esq.
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02110

/s/ Jeffrey M. Rosin_____
Jeffrey M. Rosin

2

1027663.1