# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIOVANI DEPIANTI, et al., <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JAN-PRO FRANCHISING <br> INTERNATIONAL, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-10663-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' WITHDRAWAL OF NOTICE OF SUPPLEMENTAL AUTHORITY AND RESPONSE TO DEFENDANT'S POST-BRIEFING FILINGS IN SUPPORT OF SUMMARY JUDGMENT

Plaintiffs hereby withdraw their Notice of Supplemental Authority and Response to Defendant's Post-Briefing Filings in Support of Summary Judgment, filed on December 17, 2010, Docket Nos. 113, 114. Today, Plaintiffs are filing a motion for leave to file this brief.

                                                                 Respectfully submitted,

                                                                 GIOVANI DEPIANTI, et al.,
and all others similarly situated,

By their attorneys,

\_\_\_/s/ Hillary Schwab_____
Shannon Liss-Riordan, BBO #640716
Harold L. Lichten, BBO #549689
Hillary Schwab, BBO #666029
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

Dated: January 3, 2011

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 3, 2011, a copy of this document was served by electronic filing on all counsel of record.

                                        ___/s/ Hillary Schwab_____
                                        Hillary Schwab, Esq.