UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
GIOVANI DEPIANTI, et al.,           )
and all others similarly situated,  )
                                    )
        Plaintiffs,                 )
                                    )  Civil Action No. 08-10663-MLW
v.                                  )
                                    )
JAN-PRO FRANCHISING                 )
INTERNATIONAL, INC.,                )
                                    )
        Defendant.                  )
_____ )

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
FURTHER NOTICE OF SUPPLEMENTAL AUTHORITY**

Jan-Pro has now filed motions for reconsideration with this Court (which has ruled that questions should be certified to the SJC) and with the Georgia Supreme Court (which has stayed further proceedings pending a decision from the SJC). At this point, both this Court *and* the Georgia Supreme Court have recognized that the SJC is the proper body to address the important questions of Massachusetts law presented by this case.

Notwithstanding that both courts have recognized the appropriateness of having the SJC address these questions of Massachusetts law, Jan-Pro continues to file papers in an attempt to ward off this event. It continues to argue to this Court that it should defer to the Georgia action, and it continues to argue to the Georgia Supreme Court that it should take action because this Court has not yet certified questions to the SJC. In effect, Jan-Pro is using multiple motions for reconsideration in an attempt to create an endless cycle of delay. Enough is

enough. This Court has ruled, appropriately, that the SJC should address important questions of Massachusetts law raised by this case. The Georgia Supreme Court has ruled, appropriately, that it should defer further action pending a decision from the SJC.[1] As a result, the Court should deny Jan-Pro's motion to stay and/or reconsider, should deny Jan-Pro's request for a hearing (it has had ample opportunity to argue its position to this Court), and should proceed to certify questions to the SJC in accordance with its Order of September 9, 2011.

Respectfully submitted,

GIOVANI DEPIANTI, et al.,
and all others similarly situated,

By their attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Harold L. Lichten, BBO #549689
Hillary Schwab, BBO #666029
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

Dated: January 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, a copy of this document was served by electronic filing on all counsel of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

---

[1] Depianti promptly filed an opposition to Jan-Pro's motion for reconsideration to the Georgia Supreme Court (Exh. A).