**Supreme Judicial Court for the Commonwealth of Massachusetts**
John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

United States District Court
Sarah Allison Thornton, Clerk
1 Courthouse Way
Boston, MA 02210

RE:  No. SJC-11282

**GIOVANI DEPIANTI & others**
vs.
**JAN-PRO FRANCHISING INTERNATIONAL, INC.**

Lower court information:

Lower Court:   Federal Court
Docket No(s):  08-10663-MLW

Route to SJC:   Direct Entry: Certified/Reported from App. Ct. (c. 211A, s. 10B/12)

NOTICE OF ENTRY

Pursuant to Mass.R.A.P. 10(a)(3), you are hereby notified that, on September 11, 2012, the above-referenced case was entered on the docket of this court.

Susan Mellen, Clerk

Dated: September 12, 2012