```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

GIOVANI DEPIANTI, ET AL.,        )
    Plaintiff,                   )
                                 )
        v.                       )     Civ. A. No. 08-10663-MLW
                                 )
JAN-PRO FRANCHISING               )
INTERNATIONAL, INC.,              )
    Defendant.                   )

## ORDER

WOLF, D.J.                                    December 6, 2013

For the reasons stated at the December 6, 2013 conference, it is hereby ORDERED that:

1. Plaintiffs' Motion for Leave to File Supplemental Brief (Docket No. 116) is ALLOWED.

2. Defendant's Motion to Submit Response to Plaintiffs' April 25, 2012 Supplemental Memorandum (Docket No. 141) is ALLOWED.

3. Defendant's Motion to File Reply to Plaintiffs' Opposition to Defendant's Motion to File Supplemental Answer/Affirmative Defenses (Docket No. 171) is ALLOWED.

4. The parties shall confer and, by January 17, 2014, report on whether they have agreed to settle this case, or to stipulate to the dismissal of the claims of any remaining plaintiffs.

5. If necessary, a hearing on the pending motions will be held on February 13, 2014, at 2:30 p.m.

/s/ Mark L. Wolf  
UNITED STATES DISTRICT JUDGE