UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIOVANI DEPIANTI, KYU JIN ROH, GERARDO VAZQUEZ, GLORIA ROMAN, JUAN AGUILAR, NICOLE RHODES, MATEO GARDUNO, CHIARA HARRIS, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JAN-PRO FRANCHISING INTERNATIONAL, INC., <br><br> Defendant. | Case No. 08-Civ-10663 (MLW) |

**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF KYU JIN ROH**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Kyu Jin Roh ("Roh") and defendant, Jan-Pro Franchising International, Inc. ("JPI") hereby stipulate to the dismissal of all claims of Roh against JPI with prejudice, with rights of appeal waived and with each to bear his/its own costs and expenses.

FOR THE PLAINTIFF, KYU JIN ROH　　　　　FOR THE DEFENDANT

*/s/ Shannon Liss-Riordan*　　　　　　　　　　*/s/ Jeffrey M. Rosin*
Shannon Liss-Riordan, BBO #640716　　　　Jeffrey M. Rosin, # 629216
LICHTEN & LISS-RIORDAN, P.C.　　　　　CONSTANGY BROOKS & SMITH LLP
100 Cambridge St.　　　　　　　　　　　　535 Boylston Street, Suite 902
Boston, MA 02114　　　　　　　　　　　　Boston, Massachusetts 02116
(617) 994-5800　　　　　　　　　　　　　 (617) 849-7882

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 16th day of January 2014, this document was filed through the CM/ECF system and served electronically on all counsel of record.

             */s/ Shannon Liss-Riordan*
             Shannon Liss-Riordan, Esq.