UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIOVANI DEPIANTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JAN-PRO FRANCHISING INTERNATIONAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-Civ-10663 (MLW)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF**
**PLAINTIFF GIOVANNI DEPIANTI'S REMAINING CLAIMS**

The parties in this matter hereby stipulate to the dismissal with prejudice of plaintiff Giovanni Depianti's ("Depianti") remaining claims in this matter that survived this Court's August 22, 2014 summary judgment ruling ("SJ Ruling"). Those claims were Count VI (for alleged unjust enrichment) and Count I (for alleged violation of Chapter 93A). The parties further stipulate that, upon their review of the SJ Ruling, this Court may have referenced Count IV (for alleged misrepresentation) in a few places where this Court intended to reference Count I. To the extent the parties have misread the SJ Ruling in that regard, and if Count IV or any portion of Count IV remains in this case for plaintiff Depianti, the parties hereby stipulate to its dismissal with prejudice as well.

In entering this stipulation, Depianti reserves his right to appeal the Court's order dismissing his claims for misclassification and wage law violations, pursuant to Mass. Gen. L. c. 149 §§ 148, 148B, 150, and c 151 §§ 1, 1A (Counts II and III).

3053129.1

| FOR THE PLAINTIFFS | FOR THE DEFENDANT |
|---|---|
| */s/ Shannon Liss-Riordan* | */s/ Jeffrey M. Rosin* |
| Shannon Liss-Riordan, BBO #640716 | Jeffrey M. Rosin, Esq. |
| LICHTEN & LISS-RIORDAN, P.C. | CONSTANGY BROOKS & SMITH LLP |
| 729 Boylston Street, Suite 2000 | 535 Boylston Street, Suite 902 |
| Boston, MA 02116 | Boston, Massachusetts 02116 |
| (617) 994-5800 | (617) 849-7882 |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25 day of September, 2014, this document was filed through the CM/ECF system and will be sent electronically to all counsel of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, Esq.